Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Av. Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiff Bitcoin Manipulation Abatement LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Bitcoin Manipulation Abatement LLC,<br><br>Plaintiff,<br><br>v.<br><br>Ripple Labs, Inc., XRP II, LLC and Bradley Garlinghouse,<br><br>Defendants. | Case No. 3:20-cv-3022<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 OF PLAINTIFF BITCOIN MANIPULATION ABATEMENT LLC** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Plaintiff Bitcoin Manipulation Abatement LLC, certifies that Bitcoin Manipulation Abatement LLC, as of this date, has no parent corporation and no publicly traded corporation that owns 10% or more of its stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: May 2, 2020

Respectfully submitted,

By: /s/ Pavel I. Pogodin
     Pavel I. Pogodin

CONSENSUS LAW
Pavel I. Pogodin, Ph.D., Esq.
5245 Av. Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io
Attorneys for Plaintiff
Bitcoin Manipulation Abatement LLC