Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Av. Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiff Bitcoin Manipulation Abatement LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Bitcoin Manipulation Abatement LLC,<br><br>Plaintiff,<br><br>v.<br><br>Ripple Labs, Inc., XRP II, LLC and Bradley Garlinghouse,<br><br>Defendants. | Case No. 3:20-cv-3022<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 OF PLAINTIFF BITCOIN MANIPULATION ABATEMENT LLC** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

    These representations are made to enable the Court to evaluate possible disqualification or recusal.

CONSENSUS LAW
CRYPTOCURRENCY
ATTORNEYS

BMA LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS   - 1 -   BMA LLC V. RIPPLE LABS, INC., ET AL.   CASE NO. 3:20-cv-3022

| | |
|---|---|
| Dated:  May 2, 2020 | Respectfully submitted,<br><br>By: /s/ Pavel I. Pogodin<br>         Pavel I. Pogodin<br><br>CONSENSUS LAW<br>Pavel I. Pogodin, Ph.D., Esq.<br>5245 Av. Isla Verde<br>Suite 302<br>Carolina, PR 00979<br>United States of America<br>Telephone: (650) 469-3750<br>Facsimile: (650) 472-8961<br>Email: pp@consensuslaw.io<br>Attorneys for Plaintiff<br>Bitcoin Manipulation Abatement LLC |

CONSENSUS LAW
CRYPTOCURRENCY
ATTORNEYS

BMA LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS   - 2 -   BMA LLC V. RIPPLE LABS, INC., ET AL.   CASE NO. 3:20-CV-3022